No. 89–1970.  CARTER v. ANTOCI.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 89–1971.  GISH ET AL. v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 89–1975.  JUISTER v. BECHTEL POWER CORP.  C. A. 6th Cir.  Certiorari denied.

No. 89–1976.  AURICCHIO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 89–1977.  LEMAK v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 89–1978.  SHARP ET AL. v. KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 89–1980.  STONE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–1981.  WILLIAMS v. CITY OF NORTHPORT.  Ct. Civ. App. Ala.  Certiorari denied.

No. 89–1982.  MONROE ET AL. v. CITY OF WOODVILLE, MISSISSIPPI, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–1984.  WHITMER ET UX. v. JOHN HANCOCK MUTUAL LIFE INSURANCE CO. ET AL. (two cases).  C. A. 7th Cir.  Certiorari denied.

No. 89–1985.  CALIFORNIA DIVISION OF APPRENTICESHIP STANDARDS ET AL. v. HYDROSTORAGE, INC.  C. A. 9th Cir. Certiorari denied.

No. 89–1991.  HOCHHEISER v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 89–1992.  AANERUD ET AL. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 89–1993.  LARSEN v. DEPARTMENT OF THE NAVY.  C. A. Fed. Cir.  Certiorari denied.

No. 89–1994.  MASTANDREA ET UX. v. NEWS HERALD ET AL. Ct. App. Ohio, Lake County.  Certiorari denied.